■ In the Matter of JOHN W. PERSSE, an Attorney, Resignor. [672 NYS2d 829] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of RICHARD E. REED, an Attorney, Resignor. [673 NYS2d 341] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of LINDA SARA RENZI, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of JAMES N. ROGERS, an Attorney, Resignor. [673 NYS2d 341] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of DAVE SPADACENE, an Attorney, Resignor. [673 NYS2d 957] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of RODNEY DON SWEET, an Attorney, Resignor. [672 NYS2d 828] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of NEAL B. WAINBLAT, an Attorney, Resignor. [673 NYS2d 957] — Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)

■ In the Matter of RITA A. ZAKRZEWSKI, an Attorney, Resignor. [673 NYS2d 954] —Resignation accepted and name removed from roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Pine, J. P., Wisner, Callahan, Balio and Boehm, JJ. (Filed Apr. 30, 1998.)